# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARISA BOWERS,<br><br>　　　Plaintiff<br><br>v.<br><br>THE PROGRESSIVE CORPORATION,<br><br>　　　Defendant | Case No.: 2:23-cv-00694-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

　　　I ORDER that defendant The Progressive Corporation's certificate of interested parties (ECF No. 9) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of The Progressive Corporation as required by the recent amendment to that rule.

　　　I FURTHER ORDER The Progressive Corporation to file a proper certificate of interested parties by May 31, 2023.

　　　DATED this 17th day of May, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE