# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARISA BOWERS,<br><br>    Plaintiff<br><br>v.<br><br>THE PROGRESSIVE CORPORATION,<br><br>    Defendant | Case No.: 2:23-cv-00694-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Larisa Bowers' certificate of interested parties (ECF No. 12) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of the plaintiff as required by the recent amendment to that rule.

I FURTHER ORDER Larisa Bowers to file a proper certificate of interested parties by May 31, 2023.

DATED this 22nd day of May, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE