# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LARISA BOWERS,

     Plaintiff

v.

THE PROGRESSIVE CORPORATION
AKA PROGRESSIVE CASUALTY
INSURANCE COMPANY,

     Defendant

Case No.: 2:23-cv-00694-APG-BNW

**Order Remanding Case for Lack of
Subject Matter Jurisdiction**

I previously ordered defendant The Progressive Corporation to show cause why this case should not be remanded to state court for lack of subject matter jurisdiction. ECF No. 5. Specifically, I directed Progressive to fully identify its citizenship because it had not stated where it has its principal place of business. *Id.* at 1 (citing 28 U.S.C. § 1332(c)(1)).  Progressive did not correct this deficiency in its response to the order to show cause. ECF No. 14.  More importantly, Progressive's response does not change my conclusion that Progressive has not met its burden of establishing by a preponderance of the evidence that the amount in controversy exceeds $75,000. *See Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1062 (11th Cir. 2010) (stating that courts may use their judicial experience and common sense in determining whether the case stated in a complaint meets federal jurisdictional requirements").

I THEREFORE ORDER that this action is remanded to the state court from which it was removed for all further proceedings.  The clerk of the court is instructed to close this case.

DATED this 22nd day of May, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE